AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

**DEFENDANT - U.S.**
Jose Luis Ochoa-Gutierrez

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DISTRICT COURT NUMBER**
CR08-0153 DLJ

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): WADE M. RHYNE, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
Santa Clara Jail

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year 2/29/2008

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

JOSE LUIS OCHOA-GUTIERREZ (a/k/a Jose Miguel Ochoa, a/k/a Jose Luis Gutierrez, a/k/a Jose Ochoa, a/k/a Julian Ochoa Gutierrez, a/k/a Manuel Ochoa, a/k/a Jose Luis Ochoa-Gutierrez),

**FILED**
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR 08-0153 DLJ

DEFENDANT.

---

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in the United States

---

A true bill.

_____
Foreman

Filed in open court this __12__ day of
MARCH 2008

_____
Clerk

Bail, $ No bail - arrest warrant
3/12/08

JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney



FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 08-0153 DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| JOSE LUIS OCHOA-GUTIERREZ (a/k/a Jose Miguel Ochoa, a/k/a Jose Luis Gutierrez, a/k/a Jose Ochoa, a/k/a Julian Ochoa Gutierrez, a/k/a Manuel Ochoa, a/k/a Jose Luis Ochoa-Gutierrez), | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

1. Prior to March 8, 2003, the defendant, JOSE LUIS OCHOA-GUTIERREZ (a/k/a Jose Miguel Ochoa, a/k/a Jose Luis Gutierrez, a/k/a Jose Ochoa, a/k/a Julian Ochoa Gutierrez, a/k/a Manuel Ochoa, a/k/a Jose Luis Ochoa-Gutierrez), was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about March 8, 2003, the defendant, JOSE LUIS OCHOA-GUTIERREZ

INDICTMENT

(a/k/a Jose Miguel Ochoa, a/k/a Jose Luis Gutierrez, a/k/a Jose Ochoa, a/k/a Julian Ochoa Gutierrez, a/k/a Manuel Ochoa, a/k/a Jose Luis Ochoa-Gutierrez), was removed, excluded, and deported from the United States.

3. After March 8, 2003, the defendant, JOSE LUIS OCHOA-GUTIERREZ (a/k/a Jose Miguel Ochoa, a/k/a Jose Luis Gutierrez, a/k/a Jose Ochoa, a/k/a Julian Ochoa Gutierrez, a/k/a Manuel Ochoa, a/k/a Jose Luis Ochoa-Gutierrez), knowingly and voluntarily reentered and remained in the United States.

4. On or about February 23, 2008, in the Northern District of California, the defendant, JOSE LUIS OCHOA-GUTIERREZ (a/k/a Jose Miguel Ochoa, a/k/a Jose Luis Gutierrez, a/k/a Jose Ochoa, a/k/a Julian Ochoa Gutierrez, a/k/a Manuel Ochoa, a/k/a Jose Luis Ochoa-Gutierrez), an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

DATED: March 12, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                       AUSA WADE M. RHYNE

INDICTMENT                                                          2