UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 4/4/08

**Clerk:** Frances Stone
**Court Reporter:** Not Held-Not Reported

**Plaintiff:** United States

**v.**                                                              **No.** CR-08-00153-DLJ

**Defendant:** Jose Luis Ochoa-Gutierrez [in custody]

**Appearances for AUSA:** Daniel Kaleba for Wade Rhyne

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
SETTING/STAT                     -NOT HELD PER COURT CALENDAR

**Notes:** Clerk spoke with attorneys and next date in this case is 4/18/08 at 9:00AM for Setting/Stat

**Case Continued to**            for

**Case Continued to:**     for
**Case Continued to:**     for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**       for         Trial

**Excludable Delay: Category: Begins:**     **Ends:**