BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500

Counsel for Defendant JOSE LUIS OCHOA-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. CR 08-00153 DLJ |
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE |
| vs. | |
| JOSE LUIS OCHOA-GUTIERREZ, | |
| Defendant. | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Colleen Martin, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: April 10, 2008

                                      Respectfully submitted,

                                      BARRY J. PORTMAN
                                      Federal Public Defender

                                      /S/

                                      COLLEEN MARTIN
                                      Assistant Federal Public Defender

Notice of Attorney Appearance
Nos. CR 08-00153 DLJ