1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant OCHOA-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-00153 DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ.; **ORDER** |
| v. | ) ) ) | |
| JOSE LUIS OCHOA-GUTIERREZ, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE currently scheduled for April 18, 2008, at 9:00 a.m. before the Honorable D. Lowell Jensen, be continued to May 16, 2008 at 9:00 a.m.

The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(1)(F),(8)(A) and (B)(iv). The current status is that Mr. Ochoa-Gutierrez is charged with a violation of 8 U.S.C. §1326. Mr. Ochoa-Gutierrez was previously convicted of violating 8 U.S.C. § 1326 in Arizona. Counsel for the defense is attempting to obtain records from that conviction

STIP. TO CONTINUE/EXCLUDE TIME            - 1 -

because they may be relevant to a disposition of this matter. In addition, undersigned counsel for the defense has been newly assigned to the case. The continuance would allow counsel for the defense to obtain records, now located out of state, which are necessary to the defense, and would allow time for the parties to discuss a possible negotiated disposition. The failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate that the time from April 18, 2008, to May 16, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED:  April 14, 2008                              /S/
                                                    _____
                                                    WADE RHYNE
                                                    Assistant United States Attorney

DATED:  April 14, 2008
                                                    /S/
                                                    _____
                                                    COLLEEN MARTIN
                                                    Assistant Federal Public Defender
                                                    Counsel for Jose Luis Ochoa-Gutierrez

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for Friday, April 18, 2008, at 9:00 a.m. may be continued to Friday, May 16, 2008, at 9:00 a.m. for status.

1  IT IS FURTHER ORDERED that the time from April 18, 2008 to May 16, 2008, should be
2  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
3  (B)(iv) for adequate preparation of counsel so that defense counsel can investigate this case,
4  including obtain records from out-of-state, and so that the parties can attempt to reach a settlement in
5  this case.  The Court finds that the ends of justice served by the granting of the continuance
6  outweigh the best interests of the public and the defendant in a speedy and public trial and the failure
7  to grant the requested continuance would unreasonably deny counsel the reasonable time necessary
8  for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    4/15/08                                    _____
                                                     HONORABLE D. LOWELL JENSEN
                                                     United States District Judge