9am

V/C
E-FILING CASE

937 AM - 941 AM
- 947 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CRIMINAL PRETRIAL MINUTE ORDER

Date: 5/16/08

Case No: CR-08-00153-DLJ        Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO        Clerk: Frances Stone

Defendant(s):                                    Defense Counsel:
JOSE LUIS OCHOA-GUTIERREZ   Present? Y   In Custody? Y   COLLEEN MARTIN

US Attorney: WADE RHYNE        Interpreter:        US Probation Officer:

Reason for Hearing:                              Ruling:
SETTING/STAT/CHANGE OF PLEA   - HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED.

Notes:

Case continued to: 8/1/08 AT 10AM  for SENTENCING

CC: PROBATION