UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
MAY 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR-08-00153-01-DLJ
Defendant's Name: JOSE LUIS OCHOA-GUTIERREZ
Defendant's Counsel: Colleen Martin/AFPD
Due Date: 8/1/08 AT 10Am
Courtroom: 1    Floor: 4th

~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~

**The Court has directed that a:**

| | |
|---|---|
| XX | Presentence Investigation |
| | Bail Investigation |
| | Bail Supervision |
| | Postsentence Investigation |
| | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_, Deputy Clerk

Dated: 5/16/08

**US PROBATION OFFICE**~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?   Yes or No   [Interpreter:_____]
Defendant's address: _____