10 AM
1/C
E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

10 10:17 AM

**FILED**
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/1/08

Case No: CR -08-00153-DLJ

Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO

Clerk: Frances Stone

Defendant(s): JOSE LUIS OCHOA-GUTIERREZ  Present? Y  In Custody? Y

Defense Counsel: COLLEEN MARTIN

US Attorney: WADE RHYNE

Interpreter:

US Probation Officer: JESSICA GOLDSBERRY

Reason for Hearing: SENTENCING

Ruling: - HELD
COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 57 MONTHS. DEF PLACED ON SUPERVISED RELEASE 3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY.

Notes: